# United States Court of Appeals
## For the First Circuit

No. 03-1823

EMILY MCINTYRE, as Administrator of the Estate of John L. McIntyre; CHRISTOPHER MCINTYRE, as Co-administrator of the Estate of John L. McIntyre,

Plaintiffs, Appellants,

v.

UNITED STATES OF AMERICA,

Defendant, Appellee,

H. PAUL RICO; JOHN MORRIS; JOHN J. CONNOLLY; RODERICK KENNEDY; ROBERT FITZPATRICK; JAMES RING; JAMES GREENLEAF; JAMES AHEARN; KEVIN J. WEEKS; JAMES J. BULGER; STEPHEN FLEMMI; JOHN DOES, Nos. 1-50,

Defendants.

No. 03-1791

LAWRENCE A. WHEELER, Individually and as Special Administrator of the Estate of Roger M. Wheeler; PATRICIA J. WHEELER, Individually and as Special Administratrix of the Estate of Roger M. Wheeler; PAMELA (WHEELER) NORBERG; DAVID B. WHEELER; MARK K. WHEELER,

Plaintiffs, Appellants,

v.

UNITED STATES OF AMERICA,

Defendant, Appellee,

JOHN J. CONNOLLY, JR.; JOHN M. MORRIS; H. PAUL RICO; ROBERT FITZPATRICK; JAMES A. RING; JAMES GREENLEAF; JAMES AHEARN; JAMES J. BULGER, a/k/a Whitey; STEPHEN J. FLEMMI, a/k/a The Rifleman; JOHN V. MARTORANO; JOHN DOES, Nos. 1-50,

Defendants.

ERRATA SHEET

The opinion of this Court issued on May 10, 2004 is amended as follows:

On page 46, line 9, "Roger" should be replaced with "David"